# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy St. Eve | Sitting Judge if Other than Assigned Judge | Rebecca R. Pallmeyer |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 215 - 1 | **DATE** | 3/14/2008 |
| **CASE TITLE** | USA vs. Konstantinos Alexopoulos | | |

**DOCKET ENTRY TEXT**

Government's emergency motion for material witness warrants granted. The Clerk of Court is directed to issue arrest warrants as to Florencio Chapol-Fiscal, Jesus Gutierrez-Sanchez, Anders Toto-Colo., Refrain Escriban-Belli, Guadencio Castro-Fausto, Fermin Buevaventura-Valero, Ismael Lopez-Mendoza, Jenaro Cortez-Martinez, Marcos Torres, Miguel De Arcos, and Juan Gallegos-Sanchez, pursuant to Title 18 USC § 3144 for materials witnesses in the investigation of defendant Konstantinos Alexopoulos. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

*[handwritten: 11 warrants issued by YAP on 3-14-2008]*

| | Courtroom Deputy Initials: | ETV |
|---|---|---|