UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 215 |
| v. | ) | |
| | ) | Hon. Amy J. St. Eve |
| KONSTANTINOS ALEXOPOULOS | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| | ) | Emergency Judge |

## ORDER

This matter coming to be heard on the Government's Emergency Motion For Material Witness Warrants, the Government's motion is granted.

Entered: _____
Rebecca R. Pallmeyer
U.S. District Judge

Dated: March 14, 2008