# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 215 | **DATE** | 3/14/2008 |
| **CASE TITLE** | USA vs. KONSTANTINOS ALEXOPOULOS | | |

**DOCKET ENTRY TEXT**

Initial appearance held for 11 material witnesses. Witnesses appear in response to arrest on 3/14/2008. Witnesses informed of rights. Enter order appointing Jeffrey Levine as counsel for witnesses for initial appearance only. Government seeks detention. Detention hearings are set for March 20, 2008 at 1:00 pm.

:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|