UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CR 0215 |
| ) | |
| ) | Hon. Magistrate Susan E. Cox |
| KONSTANTINOS ALEXOPOULOS, ) | |
| ) | |
| Defendant. ) | |

**MATERIAL WITNESSES' REQUEST TO TAKE DEPOSITIONS**

Now come the Material Witnesses herein, by and through attorney Jeffrey J. Levine, and for their Request to Take Depositions, pursuant to Federal Rule of Criminal Procedure (a)(2) and 18 U.S.C. § 3144, state as follows:

1. Counsel, on March 14, 2008, was preliminarily appointed to represent the eleven material witnesses in the above captioned matter.

2. Pursuant to Federal Rule of Criminal Procedure (a)(2) and 18 U.S.C. § 3144, the instant request must be filed in writing.

3. Said witnesses hereby request that their respective depositions be taken as soon as possible.

Respectfully Submitted,

_____
Jeffrey J. Levine

JEFFREY J. LEVINE
20 North Clark Street, Suite 800
Chicago, Illinois 60602
(312) 372-4600

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CR 0215 |
| ) | |
| ) | Hon. Magistrate Susan E. Cox |
| KONSTANTINOS ALEXOPOULOS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

TO:   Mr. Steven Block
      Assistant United States Attorney
      219 South Dearborn Street
      Suite 1500
      Chicago, Illinois 60604

FILED
MAR 1 7 2008
Mar 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that we have caused to be filed this 17th day of March, 2008, in the United States District Court for the Northern District of Illinois **Witnesses' Request to Take Deposition.**

_____
JEFFREY J. LEVINE
Attorney for all Material Witnesses

JEFFREY J. LEVINE
20 North Clark Street, Suite 800
Chicago, Illinois 60602
(312) 372-4600

### CERTIFICATE OF SERVICE

I, JEFFREY J. LEVINE, hereby certify that on the 17th day of March, 2008, I caused a copy of the foregoing Notice together with said pleadings to be hand delivered to the named individuals.

_____
JEFFREY J. LEVINE