UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 0215 |
| | ) | |
| | ) | Hon. Magistrate Susan E. Cox |
| KONSTANTINOS ALEXOPOULOS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

FILED
MAR 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:  Mr. Steven Block
Assistant United States Attorney
219 South Dearborn Street
Suite 1500
Chicago, Illinois 60604

You are hereby notified that on **March 20, 2008**, at the hour of 1.00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Susan E. Cox in Courtroom 1342 of the Dirksen Federal Building, Chicago, Illinois, and then and there present Material Witnesses' **Request to take Deposition**, a copy of which has been served upon you.

JEFFREY J. LEVINE, P.C.
Attorney for Material Witnesses

JEFFREY J. LEVINE
20 North Clark Street, Suite 800
Chicago, Illinois 60602
(312) 372-4600