AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America            **WARRANT FOR ARREST**

v.

Ismael Lopez-Mendoza            Case Number: 08 cr 215

To:     The United States Marshal
        And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ismael Lopez-Mendoza** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

    Indictment     Information     Complaint     X Order of court     Violation Notice     Probation Violation Petition

charging him or her with:     **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer            U.S. Deputy Clerk

Signature of Issuing Officer            March 14, 2008;  Chicago

Bail fixed at $ _____            , Judicial Officer

*FILED 3-18-2008 MAR 18 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 3/14/08 | Hemal Patel, Deputy U.S. Marshal | [signature] #511 4 |

3/14/08
Date of Arrest