AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
### Northern District of Illinois
### Eastern Division

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| Miguel De Arcos | Case Number: 08 cr 215 |

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Miguel De Arcos** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:  **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer        U.S. Deputy Clerk

*(Signature of Issuing Officer)*

March 14, 2008;   Chicago

Bail fixed at $ _____

_____, Judicial Officer

FILED
3-18-2008
MAR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  USMS-Chicago

| Date Received 3/14/08 | Name and Title of Arresting Officer Ken Robinson – DUSM | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest 3/14/08 | | |