AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America            WARRANT FOR ARREST

v.

Juan Gallegos-Sanchez            Case Number: 08 cr 215

To:    The United States Marshal
        And any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest **Juan Gallegos-Sanchez** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

     Indictment    Information    Complaint    X Order of court    Violation Notice
Probation    Violation Petition

charging him or her with:    **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer            U.S. Deputy Clerk

_____ March 14, 2008; Chicago
Signature of Issuing Officer

Bail fixed at $ _____

                                , Judicial Officer

FILED MAR 18 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at USMS-Chicago

| Date Received 3/14/08 | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest 3/14/08 | Ken Robinson - DUSM | [signature] |