MHK

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
### Northern District of Illinois
### Eastern Division

United States of America             **WARRANT FOR ARREST**

v.

Jenaro Cortez-Martinez            Case Number: 08 cr 215

To:    The United States Marshal
        And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jenaro Cortez-Martinez** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

     ___ Indictment    ___ Information    ___ Complaint    X Order of court    ___ Violation Notice    ___ Probation Violation Petition

charging him or her with:    **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer          U.S. Deputy Clerk

_[signature]_          March 14, 2008;    Chicago
Signature of Issuing Officer

Bail fixed at $ _____          _____, Judicial Officer

_[FILED stamp: MAR 18 2008, MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT]_

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 3/14/08 | Hemal Patel, Deputy U.S. Marshal | _[signature]_ #5114 |

Date of Arrest: 3/14/08