MHW

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
### Northern District of Illinois
### Eastern Division

United States of America                **WARRANT FOR ARREST**

v.

Florencio Chapol-Fiscal            Case Number: 08 cr 215

To:    The United States Marshal
        And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Florencio Chapol-Fiscal** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

     Indictment    Information    Complaint    X Order of court    Violation Notice    Probation    Violation Petition

charging him or her with:    **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer                 U.S. Deputy Clerk

_/s/ Signature of Issuing Officer_            March 14, 2008; Chicago

Bail fixed at $                             , Judicial Officer

FILED 3-18-2008 MAR 18 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at    USMS - Chicago

| Date Received 3/14/08 | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest 3/14/08 | Ken Robinson - DUSM | _[signature]_ |