MHN

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
### Northern District of Illinois
### Eastern Division

United States of America                      **WARRANT FOR ARREST**

v.

Jesus Gutierrez-Sanchez                Case Number: 08 cr 215

To:     The United States Marshal
         And any Authorized United States Officer

      YOU ARE HEREBY COMMANDED to arrest **Jesus Gutierrez-Sanchez** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

      ___ Indictment    ___ Information    ___ Complaint    X Order of court    ___ Violation Notice    ___ Probation Violation Petition

charging him or her with:    **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer                U.S. Deputy Clerk

_____       March 14, 2008;    Chicago
Signature of Issuing Officer

Bail fixed at $ ·                         _____
                                                       , Judicial Officer

FILED 3-18-2008 MAR 18 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at US MS - chicago | | |
| Date Received 3/14/08 Date of Arrest 3/14/08 | Name and Title of Arresting Officer Ken Robinson - DUSM | Signature of Arrest Officer |