H/+N

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
### Northern District of Illinois
### Eastern Division

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| Refrain Escriban-Belli | Case Number: 08 cr 215 |

To:   The United States Marshal
      And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Escriban-Belli** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

    Indictment   Information   Complaint   X Order of court   Violation Notice
Probation   Violation Petition

charging him or her with:   **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer        U.S. Deputy Clerk

_/s/ Signature of Issuing Officer_

March 14, 2008;   Chicago

Bail fixed at $-

, Judicial Officer

[FILED stamp: MAR 18 2008, MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT, 3-18-2008]

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
USMS – Chicago

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 3/14/08 | Ken Robinson – DUSM | _/s/_ |
| Date of Arrest 3/14/08 | | |