AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America          WARRANT FOR ARREST

v.

Anders Toto-Colo          Case Number: 08 cr 215

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Anders Toto-Colo** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    X Order of court    Violation Notice    Probation    Violation Petition

charging him or her with: **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer          U.S. Deputy Clerk

March 14, 2008; Chicago

Signature of Issuing Officer

Bail fixed at $

, Judicial Officer

FILED
3-18-2008
MAR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
USMS - Chicago

| Date Received 3/14/08 | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest 3/14/08 | Ken Robinson DUSM | |