MHW

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
### Northern District of Illinois
### Eastern Division

United States of America

v.

Guadencio Castro-Fausto

WARRANT FOR ARREST

Case Number: 08 cr 215

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Guadencio Castro-Fausto** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with: **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer                U.S. Deputy Clerk

_[signature]_
Signature of Issuing Officer

Bail fixed at $ _____

March 14, 2008; Chicago

_____, Judicial Officer

FILED
3-18-2008
MAR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at USMS- Chicago

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 3/14/08 | Ken Robinson - DUSM | _[signature]_ |
| Date of Arrest 3/14/08 | | |