# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America                    **WARRANT FOR ARREST**

v.

Marcos Torres                               Case Number: 08 cr 215

To:   The United States Marshal
      And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Marco Torres** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

      Indictment    Information    Complaint    X Order of court    Violation Notice    Probation Violation Petition

charging him or her with:   **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer              U.S. Deputy Clerk

_Signature of Issuing Officer_              March 14, 2008;   Chicago

Bail fixed at $
                                            _____, Judicial Officer

*FILED 3-18-2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT MAR 18 2008*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at USMS- Chicago |
| Date Received: 3/14/08    Name and Title of Arresting Officer: Ken Robinson- DUSM    Signature of Arrest Officer: [signature] |
| Date of Arrest: 3/14/08 |