# United States District Court
Northern District of Illinois
Eastern Division

United States of America             WARRANT FOR ARREST

v.

Fermin Buevaventura-Valero          Case Number: 08 cr 215

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Fermin Buevaventura-Valero** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

     Indictment     Information     Complaint     X Order of court     Violation Notice
Probation     Violation Petition

charging him or her with: **Material witness in the investigation of the defendant Konstantinos Alexopoulos**
(See Attachment)

in violation of Title 18 United States Code, Section(s) 3144

Yvette Pearson Issuing Officer          U.S. Deputy Clerk

*FILED*
*MAR 18 2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

Signature of Issuing Officer         March 14, 2008; Chicago

Bail fixed at $ _____

, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 3/14/2008    Kumar Patel, Deputy U.S. Marshal    [signature] #114 |
| Date Received     Name and Title of Arresting Officer     Signature of Arrest Officer |
| 3/14/2008 |
| Date of Arrest |