# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                             Case No.: 1:08−cr−00215

                                                                        Honorable Amy J. St. Eve

Konstantinos Alexopoulos

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion for discovery [9] is granted as to Konstantinos Alexopoulos (1); Motion [11] is granted as to Konstantinos Alexopoulos (1); as to Konstantinos Alexopoulos; Motion hearing held on 3/20/2008 regarding motion for discovery[9], motion for miscellaneous relief, [11] See Order for further details. mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.