UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 215 |
| v. | ) | |
| | ) | Hon. Amy J. St. Eve |
| KONSTANTINOS ALEXOPOULOS | ) | |

## ORDER

This matter coming to be heard on the Government's Motion For Leave to Depose Prospective Witnesses, the Court finds that exceptional circumstances and the interests of justice require that the eleven witnesses identified in the Government's motion be deposed pursuant to Rule 15. Therefore, the Court grants the Government's motion.

Entered: _____
Amy J. St. Eve
U.S. District Judge

Dated: March 20, 2008