# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 215 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Konstantinos Alexopoulos | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant acknowledges receipt of the indictment, waives formal reading and enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 4/3/2008. Status hearing set for 4/21/2008 at 8:45 A.M. Surety Bond signed in open court. Defendant to post 10% by 3/27/2008 as stated in open court. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(i)time is excluded in the interest of justice beginning 3/20/2008 to 4/21/2008. (X-T).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | TH |
|---|---|---|