UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CR 0215 |
| ) | |
| ) | Hon. Amy J. St. Eve |
| KONSTANTINOS ALEXOPOULOS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

TO:   Mr. Steven Block
      Assistant United States Attorney
      219 South Dearborn Street
      Suite 500
      Chicago, Illinois 60604

PLEASE TAKE NOTICE that we have caused to be filed this 20th day of March, 2008, in the United States District Court for the Northern District of Illinois Witness' **MOTION FOR SUBSISTENCE PAYMENT.**

                                              _____
                                              JEFFREY J. LEVINE, P.C.
                                              Attorney for Material Witness
JEFFREY J. LEVINE, P.C.                       Florencio Chapol-Fiscal
20 North Clark Street, Suite 800
Chicago, Illinois 60602
(312) 372-4600

### CERTIFICATE OF SERVICE

I, JEFFREY J. LEVINE, hereby certify that on the 20th day of March, 2008, I caused a copy of the foregoing Notice together with said pleadings to be served the above named person by hand delivery.

                                              _____
                                              JEFFREY J. LEVINE, P.C.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 CR 0215 |
| | ) Hon. Amy J. St. Eve |
| KONSTANTINOS ALEXOPOULOS, | ) |
| Defendant. | ) |

**MOTION FOR PER DIEM AND SUBSISTENCE PAYMENT**

Now comes Material Witnesses Florencio Chapol-Fiscal, Guadencio Castro-Fausto and all other witnesses similarly situated herein, by and through attorneys Jeffrey J. Levine and Robert A. Korenkiewicz for their Motion For Per Diem and Subsistence Payment, pursuant to 28 U.S.C. § 1821, state as follows:

1. Counsel, on March 14, 2008, was preliminarily appointed to represent the eleven material witnesses in the above captioned matter.

2. Individual counsel were appointed on March 20, 2008.

3. Pursuant to 28 U.S.C. § 1821(d)(4), a witness detained as a material witness is entitled to a daily attendance fee.

4. As the witnesses herein are neither incarcerated nor held for prosecution.

5. Further, as the witnesses are presently in the custody of the U.S. Marshall and not Immigration and Customs Enforcement (ICE), and their transfer is being delayed pursuant to their status as material witnesses under Federal Rule of Criminal Procedure (a)(2) and 18 U.S.C. § 3144, the witnesses are neither being prosecuted nor deportable under 28 U.S.C. § 1821(e).

Wherefore, for all the above and forgoing reasons, Material Witnesses Florencio Chapol-Fiscal, Guadencio Castro-Fausto and all other witnesses similarly situated herein pray that they be paid Per Diem and Subsistence Payments pursuant to 28 U.S.C. § 1821, and for such further relief that this Court deems just and equitable.

Respectfully submitted,

_____  
Jeffrey J. Levine  
Attorney for Witness  
Florencio Chapol-Fiscal

Bob Korenkiewicz (jc)  
Robert A. Korenkiewicz  
Attorney for Witness  
Guadencio Castro-Fausto

Jeffrey J. Levine, P.C.  
20 North Clark Street  
Suite 800  
Chicago, Illinois 60602  
(312) 372-4600

Robert A. Korenkiewicz  
20 North Clark Street  
Suite 1200  
Chicago, Illinois 60602  
(312) 368-8283