## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 215 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Alexopoulos | | |

**DOCKET ENTRY TEXT**

Regarding Refrain Escriban-Belli - Case called for detention hearing. Attorney Jeffrey Jay Levine is given leave to withdraw his appearance as counsel. Enter order appointing John Meyer as counsel for Mr. Escriban-Belli nunc pro tunc 3/18/08. Witnesses' names is misspelled in the material witness warrant and should be corrected on its face to read Efrain Escriban-Belli. Witness waives detention hearing. Witness to remain in custody as a risk of flight until the Rule 15 deposition is completed and the warrant is quashed.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | VKD |
|---|---|---|