**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
UNITED STATES OF AMERICA  
v.  
Konstantinos Alexopoulos

Case Number: 08 CR 215

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Efrain Escriban-Bell,

FILED
MAR 20 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | John A. Meyer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ John A. Meyer |
| FIRM | Meyer & O'Connor, LLC |
| STREET ADDRESS | 20 S. Clark St., Suite 2210 |
| CITY/STATE/ZIP | Chicago, IL 60603-1805 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 01896415 |
| TELEPHONE NUMBER | (312) 346-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ |