# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 — REV. 1/90

**IN UNITED STATES:** [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

**IN THE CASE OF:** UNITED STATES vs. AVADENCIO CASTRO-FAUSTO

**FOR:** N.D. OF ILLINOIS **AT:** CHICAGO

**LOCATION NUMBER:** ▶

**PERSON REPRESENTED (Show your full name):** AVADENCIO CASTRO-FAUSTO

1. [X] Defendant — Adult
2. [ ] Defendant — Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [X] Material Witness
9. [ ] Other (Specify)

**DOCKET NUMBERS**
- Magistrate: 08 CR 215
- District Court: ▶
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box ▶) [X] Felony [ ] Misdemeanor
8 USC 1324

**FILED** Mar 20 2008

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? [ ] Yes [X] No [ ] Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month $ _____
- If married is your Spouse employed? [ ] Yes [ ] No
- IF YES, how much does your Spouse earn per month $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [X] Yes [ ] No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: $2000 / $100
- SOURCES: CONSTRUCTION / RESTAURANT

**CASH**
Have you any cash on hand or money in savings or checking account [ ] Yes [X] No
IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [ ] No
IF YES, GIVE VALUE AND DESCRIBE IT
- VALUE: _____
- DESCRIPTION: NONE

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: [X] SINGLE [ ] MARRIED [ ] WIDOWED [ ] SEPARATED OR DIVORCED
- Total No. of Dependents: _____
- List persons you actually support and your relationship to them: PARENTS IN MEXICO

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | FOOD, MISC PAYMENTS | $ | $400 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶ [signature]   8/26/50

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.