| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: USA v.s. Alexopoulos
FOR: NDIL
AT: Eastern Division

LOCATION NUMBER: Mar 20 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name): Jenaro Cortez-Martinez

1. ☒ Defendant — Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other — Material Witness

DOCKET NUMBERS
Magistrate:
District Court: 08CR215
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Larry's Restaurant, Plainfield, IL
IF YES, how much do you earn per month? $ 920.00
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

## OBLIGATIONS & DEBTS

**DEPENDENTS** — MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: /
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: Prospect Hghts Rent
Total Debt: $
Monthly Paymt: $ 200.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-19-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X [signature]