# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

USA v. Alexopoulos

Case Number: 08CR 215

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Jenaro Cortez-Martinez

| (A) | (B) |
|---|---|
| SIGNATURE: *[signed]* | SIGNATURE: |
| NAME: Gerardo S. Gutierrez | **FILED** MAR 20 2008 |
| FIRM: Law Offices | MAGISTRATE JUDGE SUSAN E. COX UNITED STATES DISTRICT COURT |
| STREET ADDRESS: 53 W. Jackson 1182 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60604 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312-786-9970 / FAX NUMBER: 312-786-9970 | TELEPHONE NUMBER: / FAX NUMBER: |
| E-MAIL ADDRESS: g8370172@aol.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6210618 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: / FAX NUMBER: | TELEPHONE NUMBER: / FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

**INSTRUCTIONS FOR COMPLETING APPEARANCE FORM**