# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Alexopolous

FOR: Northern District of IL
AT: Chicago

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name): Marcos Torres

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☒ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08CR 215
Court of Appeals:

FILED

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

18 USC 1324 for Dft.
FRCvP 15(a)(2) for witness — MATERIAL WITNESS 18 USC 3144

Mar 20 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: _____
- How much did you earn per month? $ _____
- If married is your Spouse employed? N/A ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- RECEIVED: $200 week
- SOURCES: house painting - odd jobs in IL
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: _____
- DESCRIPTION: _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: X SINGLE, __ MARRIED, __ WIDOWED, __ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: Rent
- Food
- Creditors / Total Debt / Monthly Paymt.
- $ ____ / $ 70.00
- $ ____ / $ 250.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-21-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Marcos Torres