## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 215 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Alexopoulos | | |

**DOCKET ENTRY TEXT**

Regarding Jesus Gutierrez-Sanchez - Case called for detention hearing. Attorney Jeffrey Jay Levine is given leave to withdraw his appearance as counsel. Enter order appointing Bart Beals as counsel for material witness. Witness waives detention hearing. Witness to remain in custody as a risk of flight until the Rule 15 deposition is completed and the material witness warrant is quashed. Assistant U.S. Attorney Steven A. Block is to contact the medical director of the facility where Mr. Sanchez is being held, to address the health concerns outlined in open court.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | VKD |
|---|---|---|