

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of             Case   08 cr 215

United States v. Alexopoulos

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jesus Gutierrez Sanchez

FILED
Mar 20 2008
MAR 20 2008

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

| SIGNATURE | Dave Beals |
|---|---|
| FIRM | Beals Law Firm |
| STREET ADDRESS | 150 N. Michigan Ste 2800 |
| CITY/STATE/ZIP | Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6273501 | (312) 863-8663 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☑