# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 215 | **DATE** | 3/20/2008 |
| **CASE TITLE** |  | USA vs. Alexopoulos | |

**DOCKET ENTRY TEXT**

Regarding Andres Toto-Cholo - Case called for detention hearing. Attorney Jeffrey Jay Levine is given leave to withdraw his appearance as counsel for material witness. Enter order appointing Carl Clavelli as counsel for material witness. Witness waives detention hearing. Witness to remain in custody as a risk of flight until the Rule 15 deposition is completed and the material witness warrant is quashed.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | VKD |
|---|---|---|