CH

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
UNITED STATES OF AMERICA

v.

Alexopoulos

Case Number:

08CR 215

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Andres Toto-Cholo

FILED

MAR 20 2008

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

| NAME (Type or print) |
|---|
| Carl P. Clavelli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Carl P. Clavelli |
| FIRM |
| Independent |
| STREET ADDRESS |
| 321 S. Plymouth Ct. Suite 1500 |
| CITY/STATE/ZIP |
| Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0456411 | 312-922-5460 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒