UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 215 |
| v. | ) | |
| | ) | Honorable Amy J. St. Eve |
| KONSTANTINOS ALEXOPOULOS | ) | |
| | ) | Honorable Matthew F. Kennelly |
| | ) | Emergency Judge |

## NOTICE OF MOTION

To: Counsel of Record

PLEASE TAKE NOTICE that on March 26, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, I will appear before Judge Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**AGREED EMERGENCY MOTION TO
QUASH MATERIAL WITNESS WARRANTS**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Bethany K. Biesenthal
BETHANY K. BIESENTHAL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7629

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF MOTION**

was served on March 26, 2008, in accordance with Fed. R. Crim. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                s/ Bethany K. Biesenthal
                                                BETHANY K. BIESENTHAL
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois
                                                (312) 886-7629