## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 215 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Konstantinos Alexopoulos | | |

**DOCKET ENTRY TEXT**

Agreed emergency motion to quash material witness warrants is granted. Enter Order. It is ordered that arrest warrants issued on 3/14/2008 listed in the attached order are quashed, and they shall be returned to the custody of the Bureau of Immigration and Customs Enforcement. Clerk of Court is directed to deliver a copy of this order to the U. S. Marshal.

■ [ For further detail see separate order(s).]

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|