UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 215 |
| v. | ) | |
| | ) | Honorable Amy J. St. Eve |
| KONSTANTINOS ALEXOPOULOS | ) | |
| | ) | Honorable Matthew F. Kennelly |
| | ) | Emergency Judge |

## ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Quash the material witness arrest warrants currently outstanding against Florencio Chapol-Fiscal, Jesus Gutierrez-Sanchez, Andres Toto-Cholo, Efrain Escriban-Belli, Guadencio Castro-Fausto, Fermin Buevaventura-Valero, Ismael Lopez-Mendoza, Jenaro Cortez-Martinez, Marcos Torres, Miguel De Arcos, and Juan Gallegos-Sanchez, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED that the arrest warrants issued by this Court on March 14, 2008, against Florencio Chapol-Fiscal, Jesus Gutierrez-Sanchez, Andres Toto-Cholo, Efrain Escriban-Belli, Guadencio Castro-Fausto, Fermin Buevaventura-Valero, Ismael Lopez-Mendoza, Jenaro Cortez-Martinez, Marcos Torres, Miguel De Arcos, and Juan Gallegos-Sanchez are quashed, and they shall be returned to the custody of the Bureau of Immigration and Customs Enforcement.

Matthew F. Kennelly
United States District Judge

DATE: March 26, 2008