

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 CR 0215 |
| | ) Hon. Matthew F. Kennelly |
| KONSTANTINOS ALEXOPOULOS, | ) |
| Defendant. | ) |

### NOTICE OF FILING

TO:  Mr. Steven Block
 Assistant United States Attorney
 219 South Dearborn Street
 Suite 500
 Chicago, Illinois 60604

**FILED**

**MAR 26 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that we have caused to be filed this 26th day of March, 2008, in the United States District Court for the Northern District of Illinois Witness' **EMERGENCY MOTION FOR COURT TO RETAIN JURISDICTION.**

JEFFREY J. LEVINE, P.C.
Attorney for Material Witness
Florencio Chapol-Fiscal

JEFFREY J. LEVINE, P.C.
20 North Clark Street, Suite 800
Chicago, Illinois 60602
(312) 372-4600

### CERTIFICATE OF SERVICE

I, JEFFREY J. LEVINE, hereby certify that on the 26th day of March, 2008, I caused a copy of the foregoing Notice together with said pleadings to be served the above named person by hand delivery.

JEFFREY J. LEVINE, P.C.



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 CR 0215 ) |
| KONSTANTINOS ALEXOPOULOS, | ) Hon. Matthew F. Kennelly ) ) |
| Defendant. | ) |

FILED
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 26 2008

### EMERGENCY MOTION FOR COURT TO RETAIN JURISDICTION

Now comes Material Witnesses Florencio Chapol-Fiscal, Guadencio Castro-Fausto and all other witnesses similarly situated herein, by and through attorneys Jeffrey J. Levine and Robert A. Korenkiewicz for their Emergency Motion For Court to Retain Jurisdiction Regarding Motion for Per Diem and Subsistence Payment, state as follows:

1. Counsel, on March 21, 2008, filed their Motion for Per Diem and Subsistence Payment. A copy of that motion is attached hereto.

2. Judge St. Eve is not hearing motions until April 2, 2008.

3. The material witnesses are expected to be returned to Mexico before Judge St. Eve can hear the Motion for Per Diem and Subsistence Payment.

4. As the witness will be out of the country, the Court may lose jurisdiction of the matter.

5. With the instant motion, Movants seek that the Court retain jurisdiction of the matter until such time as the matter can be decided by Judge St. Eve.

6. Government counsel has no objection to this emergency motion as long as it can later contest the merits of the Motion for Per Diem and Subsistence Payment.

Wherefore, for all the above and forgoing reasons, Material Witnesses Florencio Chapol-Fiscal, Guadencio Castro-Fausto and all other witnesses similarly situated herein pray that their Emergency Motion For Court to Retain Jurisdiction be granted, and for such further relief that this Court deems just and equitable.

Respectfully submitted,

*Jeffrey J. Levine*
Attorney for Witness
Florencio Chapol-Fiscal

*Robt. Korenkiewicz (JL)*
Robert A. Korenkiewicz
Attorney for Witness
Guadencio Castro-Fausto

Jeffrey J. Levine, P.C.
20 North Clark Street
Suite 800
Chicago, Illinois 60602
(312) 372-4600

Robert A. Korenkiewicz
20 North Clark Street
Suite 1200
Chicago, Illinois 60602
(312) 368-8283

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CR 0215 |
| ) | |
| ) | Hon. Amy J. St. Eve |
| KONSTANTINOS ALEXOPOULOS, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR PER DIEM AND SUBSISTENCE PAYMENT

Now comes Material Witnesses Florencio Chapol-Fiscal, Guadencio Castro-Fausto and all other witnesses similarly situated herein, by and through attorneys Jeffrey J. Levine and Robert A. Korenkiewicz for their Motion For Per Diem and Subsistence Payment, pursuant to 28 U.S.C. § 1821, state as follows:

1. Counsel, on March 14, 2008, was preliminarily appointed to represent the eleven material witnesses in the above captioned matter.

2. Individual counsel were appointed on March 20, 2008.

3. Pursuant to 28 U.S.C. § 1821(d)(4), a witness detained as a material witness is entitled to a daily attendance fee.

4. As the witnesses herein are neither incarcerated nor held for prosecution.

5. Further, as the witnesses are presently in the custody of the U.S. Marshall and not Immigration and Customs Enforcement (ICE), and their transfer is being delayed pursuant to their status as material witnesses under Federal Rule of Criminal Procedure (a)(2) and 18 U.S.C. § 3144, the witnesses are neither being prosecuted nor deportable under 28 U.S.C. § 1821(e).



Wherefore, for all the above and forgoing reasons, Material Witnesses Florencio Chapol-Fiscal, Guadencio Castro-Fausto and all other witnesses similarly situated herein pray that they be paid Per Diem and Subsistence Payments pursuant to 28 U.S.C. § 1821, and for such further relief that this Court deems just and equitable.

Respectfully submitted,

Jeffrey J. Levine
Attorney for Witness
Florencio Chapol-Fiscal

Robert A. Korenkiewicz
Attorney for Witness
Guadencio Castro-Fausto

Jeffrey J. Levine, P.C.
20 North Clark Street
Suite 800
Chicago, Illinois 60602
(312) 372-4600

Robert A. Korenkiewicz
20 North Clark Street
Suite 1200
Chicago, Illinois 60602
(312) 368-8283