

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 CR 0215 |
| | ) Hon. Matthew F. Kennelly |
| KONSTANTINOS ALEXOPOULOS, | ) |
| Defendant. | ) |

## NOTICE OF EMERGENCY MOTION

TO: Mr. Steven Block
Assistant United States Attorney
219 South Dearborn Street
Suite 500
Chicago, Illinois 60604

You are hereby notified that on **March 27, 2008**, at the hour of 9.30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly in Courtroom 2103 of the Dirksen Federal Building, Chicago, Illinois, and then and there present Material Witnesses' **Emergency Motion for Court to Retain Jurisdiction**, a copy of which has been served upon you.

JEFFREY J. LEVINE, P.C.
Attorney for Material Witness
Florencio Chapol-Fiscal

FILED
MAR 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 2 6 2008

JEFFREY J. LEVINE
20 North Clark Street, Suite 800
Chicago, Illinois 60602
(312) 372-4600