UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
3-28-2008
MAR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CR 0215 |
| ) | |
| ) | Hon. Amy J. St. Eve |
| KONSTANTINOS ALEXOPOULOS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PER DIEM AND SUBSISTENCE PAYMENT

Now comes Material Witnesses Florencio Chapol-Fiscal, Guadencio Castro-Fausto and all other witnesses similarly situated herein, by and through attorneys Jeffrey J. Levine and Robert A. Korenkiewicz for their Motion For Per Diem and Subsistence Payment, pursuant to 28 U.S.C. § 1821, state as follows:

1. Counsel, on March 14, 2008, was preliminarily appointed to represent the eleven material witnesses in the above captioned matter.

2. Individual counsel were appointed on March 20, 2008.

3. Pursuant to 28 U.S.C. § 1821(d)(4), a witness detained as a material witness is entitled to a daily attendance fee.

4. As the witnesses herein are neither incarcerated nor held for prosecution.

5. Further, as the witnesses are presently in the custody of the U.S. Marshall and not Immigration and Customs Enforcement (ICE), and their transfer is being delayed pursuant to their status as material witnesses under Federal Rule of Criminal Procedure (a)(2) and 18 U.S.C. § 3144, the witnesses are neither being prosecuted nor deportable under 28 U.S.C. § 1821(e).

Wherefore, for all the above and forgoing reasons, Material Witnesses Florencio Chapol-Fiscal, Guadencio Castro-Fausto and all other witnesses similarly situated herein pray that they be paid Per Diem and Subsistence Payments pursuant to 28 U.S.C. § 1821, and for such further relief that this Court deems just and equitable.

Respectfully submitted,

_____          _____
Jeffrey J. Levine                           Robert A. Korenkiewicz
Attorney for Witness                    Attorney for Witness
Florencio Chapol-Fiscal              Guadencio Castro-Fausto


Jeffrey J. Levine, P.C.
20 North Clark Street
Suite 800
Chicago, Illinois  60602
(312) 372-4600

Robert A. Korenkiewicz
20 North Clark Street
Suite 1200
Chicago, Illinois  60602
(312) 368-8283