ALEX-NT.MT/d22

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No.     08 CR 0215 |
| vs. | ) | Hon. Amy J. St. Eve. |
| | ) | presiding |
| KONSTANTINOS ALEXOPOULOS, | ) | |
| | ) | |
| Defendant. | ) | |

*FILED*
3-28-2008
MAR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
EA

UNITED STATES ATTORNEY
NORTHERN DISTRICT
CHICAGO, ILLINOIS
2008 MAR 28 A 9 13
RECEIVED

### NOTICE OF MOTION

To:    Steven Block
       Assistant U.S. Attorney
       219 S. Dearborn St., 5th Floor
       Chicago, Illinois 60604

You are hereby notified that on April 3, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve. in courtroom 1241 at the Dirksen Federal Building, Chicago, Illinois, and then and there present Motion For Per Diem and Subsistence Payment, a copy of which is hereby served upon you.

Robert A. Korenkiewicz, attorney for
Guadencio Fausto-Castro

Robert A. Korenkiewicz
Attorney for **Defendant**
20 North Clark Street, #1200
Chicago, Illinois 60602
Attorney No. 21721
(312) 368-8283

### CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on the 28th day of March, 2008, at 9:45 m., I served a copy of this notice to each person to whom it is directed by way of personal delivery.

Robert A. Korenkiewicz