# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 215 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Konstantinos Alexopoulos | | |

**DOCKET ENTRY TEXT**

Hearing held on emergency motion for Court to retain jurisdiction , filed by attorney for material witness Florencio Chapol-Fiscal. Motion is granted.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|