# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                Case No.: 1:08–cr–00215

                                          Honorable Amy J. St. Eve

Konstantinos Alexopoulos

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion for per diem expenses [29] is entered as to Konstantinos Alexopoulos (1); Motion for per diem expenses [69] is entered as to Konstantinos Alexopoulos (1). Motion hearing held on 4/3/2008 regarding motion for miscellaneous relief[69], motion for miscellaneous relief, [29] ; ( Responses due by 4/10/2008, Replies due by 4/17/2008.) Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.