# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                           Case No.: 1:08–cr–00215

                                                              Honorable Amy J. St. Eve

Konstantinos Alexopoulos

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

      MINUTE entry before Judge Honorable Susan E. Cox:Initial Appearance held as to material witness Florencio Chapol–Fiscal pursuant to minute order entered on 3/14/2008. Mailed notice (dl,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.