⊗CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States v.s. Alexopoulos

FOR: 
AT:

LOCATION NUMBER: MAGISTRATE JUDGE SUSAN E. COX / UNITED STATES DISTRICT COURT

**FILED** C H
Mar 20 2008
MAR 2 0 2008

PERSON REPRESENTED (Show your full name): Jesus Guterrez-Sanchez

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☑ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08-cr-00215
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony ☐ Misdemeanor
BRINGING IN AND HARBORING ALIENS

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) March 20, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► X Jesus Gutiérrez