UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 215 |
| v. | ) | |
| | ) | Honorable Amy J. St. Eve |
| KONSTANTINOS ALEXOPOULOS | ) | |
| | ) | |

## NOTICE OF FILING

Please take notice that on April 17, 2008, the government filed its **Memorandum in Opposition to Material Witnesses' Motion for Per Diem and Subsistence Payments**, a copy of which is hereby served upon you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Steven A. Block
STEVEN A. BLOCK
Assistant United States Attorney
219 S. Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 886-7647

Dated: April 17, 2008