UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:08−cr−00215
Honorable Amy J. St. Eve

Konstantinos Alexopoulos

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

MINUTE entry before Judge Honorable Amy J. St. Eve:as to Konstantinos Alexopoulos, Status hearing held on 4/21/2008, ( Change of Plea Hearing set for 5/1/2008 at08:00 AM. A copy of the plea agreement to be submitted to chambers no later than 4:00 PM 4/30/2008.) Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(i)time is excluded in the interest of justice beginning 4/21/2008 to 5/1/2008. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.