UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
          Plaintiff,

v.                              Case No.: 1:08–cr–00215
                                   Honorable Amy J. St. Eve

Konstantinos Alexopoulos
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:as to Konstantinos Alexopoulos, Status hearing held on 5/14/2008. Defendant's oral motion to modify conditions of release is granted. Defendant is permitted to travel to Champaign, Illinois on 5/19/2008 or 5/20/2008 with advance notice to his pretrial services officer, and returning the same day of travel. ( Status hearing set for 6/30/2008 at 08:45 AM.), Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(i)time is excluded for continuity of counsel and in the interest of justice beginning 5/14/2008 to 6/30/2008. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.