UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                            Plaintiff,

v.                                          Case No.: 1:08−cr−00215
                                            Honorable Amy J. St. Eve

Konstantinos Alexopoulos
                                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Konstantinos Alexopoulos: Defendant's unopposed request to reschedule status hearing is granted. Status hearing set for 6/30/08 is stricken and reset to 7/8/2008 at 08:45 AM. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(i)time is excluded for continuity of counsel and in the interest of justice beginning 5/14/2008 to 7/8/08. Mailed notice (kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.